W. M. Adams, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to the Circuit Court for St. John's County.

Writ of Error dismissed on motion of the Attorney General.

*Rivers Buford,* Attorney General, for the motion.

---

Fidelity Company, Appellant, v. M. T. Fountain as Clerk, etc., *et al.,* Appellees.

An Appeal from the Circuit Court for Walton County.

Appeal dismissed on motion of counsel for Appellant.

*W. W. Flournoy,* for Appellant.

---

J. Louis Houle, Appellant, v. R. W. Butler, *et al.,* Appellees.

An Appeal from the Circuit Court for Sarasota County.

Appeal dismissed on motion of counsel for the respective parties.

*Albritton & Clarke,* for Appellant;

*Burket & Fish,* for Appellees.